IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
Kenneth Robert Burrows  
Debtor(s)

CHAPTER 7, CASE NO. 19-11513-SDB

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

|  | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 4217 Windslow Drive Evans GA 30809-0000 Columbia | $ 310,000.00 | $ 33,845.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2013 GMC Siearra mileage: 124000 | $ 16,000.00 | $ 0.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 1,500.00 | $ 1,500.00 | |
| **Electronics** | $ 1,000.00 | $ 1,000.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| .22 pistol and a 12 guage shotgun | $ 400.00 | $ 400.00 | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $ 250.00 | $ 250.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Bank of America | $ 1,100.00 | $ 1,100.00 | |
| Pen Fed CU | $ 20.00 | $ 20.00 | |
| South State | $ 800.00 | $ 800.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| Life Insurance, no cash value, 2 policies | $ 0.00 | $ 0.00 | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |

| | | |
|---|---|---|
| Farm or Comm. Fishing Equip./Supplies/Farm animals | $ | $ |
| **Other Personal Property of Any Kind** | | |
| Laverne Walker for money loaned to repair a home in Flordia. Nathan Huff is attorney for Debtor. | $ 0.00 *claim against L. Walker* | $ 0.00 *not abandoned* |

  NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate. *Chapter 5 Assets not abandoned*

Dated: _01/22/20_           _[signature]_
                     Joseph E. Mitchell, III, Trustee

                  19 11513