UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | Chapter 7 Case |
| KENNETH R. BURROWS | ) | |
| | ) | Number 19-11513-SDB |
| | ) | |
| Debtor. | ) | |

## NOTICE OF POSSIBLE ASSETS AND REQUEST TO SET CLAIMS BAR DATE

COMES NOW Joseph E. Mitchell, III, the Chapter 7 Trustee duly appointed in the above styled case, and reports as follows:

The Trustee will be pursuing possible assets that may exist in this case. The Trustee requests that a claims bar date be set in the above-referenced case and notice of the same be sent to all creditors and other parties in interest. If no assets are recovered, a Report of No Distribution will be filed.

Respectfully submitted.

/s/ Joseph E. Mitchell, III
Joseph E. Mitchell, III
Chapter 7 Trustee
Post Office Box 2504
Augusta, GA 30903-2504
706-826-1808
Facsimile 706-826-7959
mitchellje@bellsouth.net
GA Bar Number 513205