**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-11513  
Case Name: Kenneth Robert Burrows  

Trustee Name: Joseph E. Mitchell, III, Trustee  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 12/31/2021  

Blanket Bond (per case limit): $6,495,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00 $0.00 |
| Less: Bank Transfers/CD's | $0.00 $0.00 |
| Subtotal | $0.00 $0.00 |
| Less: Payments to Debtors | $0.00 $0.00 |
| Net | $0.00 $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Joseph E. Mitchell, III, Trustee   Date: 04/27/2022

Joseph E. Mitchell, III, Trustee  
Post Office Box 2504  
Augusta, GA 30903  
(706) 826-1808  
mitchellje@bellsouth.net

Page Subtotals:   $0.00   $0.00