# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Kenneth Robert Burrows,**
   Debtor.

Case No.: 19–11513–SDB

Judge: Susan D. Barrett

Chapter: 7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

Joseph E. Mitchell III is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

                      Susan D. Barrett,
                      United States Bankruptcy Judge
                      Federal Justice Center
                      600 James Brown Blvd
                      P.O. Box 1487
                      Augusta, GA 30903

Dated: August 1, 2022

*B272 [07/14]*